UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                    Case No. 3:18cr532

    Plaintiff,

- vs -

                                                      **ORDER**

Antoine Moore,

    Defendant.

    This matter was heard on April 1, 2021 upon the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. The defendant was represented by counsel. The defendant admitted to the violation contained in the report. The Court found the defendant to be in violation. The Court revoked supervised release and imposed the following sentence:

    The defendant is sentenced to a term of 6 months custody with the Bureau of Prisons with credit for time served while awaiting the disposition of this violation. No further term of supervised release imposed.

    So Ordered.

                                                            s/ Jeffrey J. Helmick
                                                             United States District Judge